■ PENN CENTRAL CORPORATION et al., Respondents, v

TRANSPORTATION DISPLAYS, INC., et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Diane Lebedeff, J.), entered on April 20, 1990, unanimously affirmed for the reasons stated by Diane Lebedeff, J., with costs. No opinion. Concur—Murphy, P. J., Milonas, Ellerin, Kupferman and Rubin, JJ.